IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 308-001 |
| | ) | |
| THEOPOLIS REESE | ) | |
| DONALD MCCRIMMON | ) | |
| JEMISKY DARBY | ) | |
| THEDY DONEEN MCCLEOD | ) | |
| HASSAN BEASELY | ) | |
| DENNIS WILCHER | ) | |
| ANTONIO CLARK | ) | |

## ORDER

Defendants Theopolis Reese, Donald McCrimmon, Jemisky Darby, Thedy Doneen McCleod, Hassan Beasely, Dennis Wilcher, and Antonio Clark filed motions to adopt the motions filed by their Co-Defendants. (Doc. nos. 101, 135, 144, 182, 225, 251, 257). These motions to adopt are **GRANTED**. Counsel for each Defendant is instructed to file written notice with this Court of the specific motions that each Defendant intends to adopt. Such written notice must be filed not later than ten (10) days from the date of this Order.

SO ORDERED this 18th day of June, 2008, at Augusta, Georgia.

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE